# CONSENT TO JOIN LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf, to contest the alleged failure of Northeast Georgia Health Systems, Inc. and/or its parents, subsidiaries, predecessors, successors, affiliated, and related companies ("Northeast Georgia") to pay me proper wages, including overtime wages, under federal and/or state law. I appoint Klafter Lesser LLP, Scott & Winters Law Firm, LLC and Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit, including any settlement of any and all claims(s) I have against Northeast Georgia are asserted in the lawsuit.

Michael Santiago (Aug 31, 2026 12:20:28 EDT)
**Signature**

Aug 31, 2026
**Date**

Michael Santiago
**Printed Name**

[redacted]

[redacted]

Adobe Acrobat Sign